ARMSTRONG & ASSOCIATES, LLP
William H. Armstrong, SBN 40650
Deborah A. Smith, SBN 227169
One Kaiser Plaza, Suite 625
Oakland, California 94612
Telephone: (510) 433-1830
Facsimile: (510) 433-1836

Attorneys for Defendants
Exxon Mobil Corporation and
SeaRiver Maritime, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACK SHELBY,<br><br>            Plaintiff,<br><br>    vs.<br><br>EXXON MOBIL CORPORATION, EXXON SHIPPING COMPANY, SEARIVER MARITIME, INC., and DOES 1 through 10, Inclusive,<br><br>            Defendants. | Case No.: C 06-02582 MHP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REMANDING CASE TO STATE COURT**<br><br>Judge:      Hon. Marilyn Hall Patel<br>Courtroom:  15, 18th Floor |

The parties hereby stipulate that Plaintiff's Motions to Remand, for Costs and Expenses and for Sanctions may be taken off calendar, and that the Court should remand this case to the Superior Court of the State of California, County of San Francisco.  Defendants agree to pay Plaintiff's counsel three thousand dollars ($3,000) for their costs.

DATED:  June 29, 2006.

I, William H. Armstrong, hereby attest that the content of this document is acceptable to all persons required to sign this document.

          ARMSTRONG & ASSOCIATES, LLP

          By:   /s/ William H. Armstrong
             William H. Armstrong
             Attorneys for Defendants
             Exxon Mobil Corporation and
             SeaRiver Maritime, Inc.

DATED:  June 29, 2006     THE LAW FIRM OF JOSEPH H. LOW IV

          By:   /s/ Joseph H. Low IV
             Joseph H. Low IV
             Attorney for Plaintiff

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that this case be remanded to the Superior Court of the State of California, County of San Francisco.  The Clerk of Court shall transmit a certified copy of this order to the Clerk of the Superior Court for the County of San Francisco forthwith.

DATED:  June  30 , 2006.

          UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

2

JOINT STIPULATION AND [PROPOSED] ORDER REMANDING case to state court -
Case No.: C 06-02582 MHP

# CERTIFICATE OF SERVICE

I, Patricia R. Antolino, hereby declare as follows:

I am employed by Armstrong & Associates, LLP, One Kaiser Plaza, Suite 625, Oakland, California 94612.  I am over the age of eighteen years and am not a party to this action.

On June 29, 2006, I served the following document:

**JOINT STIPULATION AND [PROPOSED] ORDER REMANDING CASE TO STATE COURT**

on

**Joseph H. Low, Esq.**          **Telephone:  (562) 901-0840**
**The Law Firm of Joseph H. Low**    **Facsimile:  (562) 901-0841**
**One World Trade Center**
**Long Beach, California 90831**
*Attorneys for Plaintiff*

___X___   by placing the documents listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Oakland, California addressed as set forth above.

_____   by transmitting the above listed document by electronic mail to the e-mail address set forth above on this date.

_____   by causing personal delivery by _____ of the document listed above to the person at the address set forth above.

_____   by depositing the document listed above in a sealed envelope with delivery fees provided for a UPS pick up box or office designated for overnight delivery, and addressed as set forth above.

_____   by transmitting via facsimile the above listed document to the facsimile number set forth above on this date.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct, executed June 29, 2006, at Oakland, California.

                                           /s/   Patricia R. Antolino